Sep-04-2015 02:47 PM King & Spalding LLP 2125562044 2/3
Case 1:15-cv-06451-NRB Document 11 Filed 09/09/15 Page 1 of 2
Case 1:15-cv-06451-NRB Document 10 Filed 09/04/15 Page 1 of 2

**MEMO ENDORSED**

**MEMO ENDORSED**

# KING & SPALDING

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/09/2015

1185 Avenue of the Americas
New York, New York 10036-4003
Fax: 212/556-2222
www.kslaw.com

Wendy Huang Waszmer
Direct Dial: 212/556-2124

WWaszmer@kslaw.com

September 4, 2015

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RECEIVED
OF NAOMI REICE BUCHWALD
SEP - 4 2015
UNITED STATES COURT JUDGE

Re: *Retrophin v. Martin Shkreli*, 15 Civ. 6451 (NRB)

Dear Judge Buchwald:

We write on behalf of defendant Martin Shkreli to seek a one-week extension of time to respond to the Complaint. The Complaint was served on August 19, 2015, and Defendant's response to the Complaint is currently due on September 9, 2015. No prior extension has been requested by either party.

As set forth in plaintiff Retrophin's letter of August 28, 2015, Retrophin responded to an arbitration demand by Mr. Shkreli by bringing its claims in this case as counterclaims in the JAMS arbitration. Defendant would like additional time to assess the scope of the JAMS arbitration and confer with plaintiff's counsel before responding to the Complaint.

Counsel for plaintiff consents to the extension. We thank the Court for its consideration of this matter.

Application granted.

/s/ Naomi Reice Buchwald
Buchwald, USDJ
9/8/15

Respectfully submitted,

*Wendy Hw*

Wendy Huang Waszmer

**MEMO ENDORSED**

Sep-04-2015 02:47 PM King & Spalding 2025565964
Case 1:15-cv-06451-NRB Document 11 Filed 09/09/15 Page 2 of 2 3/3
Case 1:15-cv-06451-NRB Document 10 Filed 09/04/15 Page 2 of 2

The Honorable Naomi Reice Buchwald
September 4, 2015
Page 2

Cc: (Via ECF and E-mail)

Counsel for Defendant Martin Shkreli
Richard T. Marooney
King & Spalding LLP

Elissa J. Preheim
Arnold & Porter LLP


Counsel for Plaintiff Retrophin
Celia Goldwag Barenholtz
Ian Shapiro
Cooley LLP