# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Wendy W. H. Waszmer
Direct Dial: +1 212 556 2124
Direct Fax: +1 212 556 2222
wwaszmer@kslaw.com

February 2, 2016

VIA ECF

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Retrophin v. Martin Shkreli,* 15 Civ. 06451 (NRB)

Dear Judge Buchwald:

    We are counsel of record for defendant Martin Shkreli in the above-referenced case, and respectfully write to submit the enclosed Consent Order for the Substitution of Counsel. Mr. Shkreli has advised King & Spalding and Arnold & Porter that he wishes to substitute Scott Vernick of Fox Rothschild as counsel in this case. As set forth in the attached Declarations (Declarations of Wendy Huang Waszmer and Elissa J. Preheim), this substitution of counsel is in the best interest of Mr. Shkreli.

    We are providing notice to counsel for plaintiff Retrophin via this letter.

    We respectfully request that the Court enter the Consent Order, and that Fox Rothschild be substituted as counsel of record in place of King & Spalding and Arnold & Porter. We thank the Court for its consideration of this matter.

Respectfully submitted,

*[signature]*

Wendy Huang Waszmer
Richard Marooney

Elissa J. Preheim
Arnold & Porter LLP

Attachments

The Honorable Naomi Reice Buchwald
February 2, 2016
Page 2

cc:  (Via ECF and E-mail)

Martin Shkreli (Defendant)

Scott L. Vernick (New Counsel for Defendant)
Fox Rothschild
2000 Market St., 20th Floor
Philadelphia, PA 19103

(Counsel for Plaintiff Retrophin)
Celia Goldwag Barenholtz
Ian Shapiro
Cooley LLP