```
                                    USDC SDNY
                                    DOCUMENT
UNITED STATES DISTRICT COURT        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK       DOC #:
                                    DATE FILED: 5/24/18
```

| | |
|---|---|
| RETROPHIN, INC | Civil Action |
| Plaintiff, | |
| | No. 1:15-cv-06451-NRB |
| v. | |
| MARTIN SHKRELI | **STIPULATED AND ORDER OF SUBSTITUTION OF COUNSEL** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Kang Haggerty & Fetbroyt LLC hereby is substituted in place of Fox Rothschild LLP as counsel for Defendant, Martin Shkreli, in the above captioned matter. A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing and or other filings in this matter should be served upon the following incoming counsel:

Edward T. Kang
Kang Haggerty & Fetbroyt LLC
123 S. Broad St, Suite 1670
Philadelphia, PA 19109
ekang@khflaw.com
215-525-5850 (telephone)
215-525-5850 (fax)

Dated: May 24 2018

FOX ROTHSCHILD LLP

By: _____
Scott L. Vernick, Esquire
2000 Market St, 20th Floor
Philadelphia, PA 19103
svernick@foxrothschild.com

KANG HAGGERTY & FETBROYT, LLC

By: _____
Edward T. Kang, Esquire
123 S. Broad St, Suite 1670
Philadelphia, PA 19103
ekang@khflaw.com

215-299-2860 (telephone)  
215-299-2150 (fax)  
*Outgoing attorney for Martin Shkreli*

215-525-5850 (telephone)  
215-525-5860 (fax)  
*Incoming attorney for Martin Shkreli*

Dated: May 24, 2018

SO ORDERED:

_____  
The Honorable Naomi Reice Buchwald, U.S.D.J.

2