

Celia Goldwag Barenholtz
+1 212 479 6330
cbarenholtz@cooley.com

VIA ECF
AND FACSIMILE

August 14, 2018

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Retrophin, Inc. v. Shkreli*, No. 15-CV-6451

Dear Judge Buchwald:

We represent Plaintiff Retrophin, Inc. ("Retrophin") and write, per a conversation today with Chambers, to seek the identification of documents that have been placed in the sealed records vault.

ECF entries 31, 33, and 34 say, "SEALED DOCUMENT placed in vault." We write to ask the Court how we may obtain identification of those documents, given Retrophin's status as a party in the litigation. We understand from prior conversations with Chambers that the sealed documents are letters Retrophin previously submitted to the Court, but we do not know exactly which letters have been filed, or which docket numbers correspond to which letters. We need this information in connection with a motion we are preparing to dismiss the appeal filed by the defendant from your July 2 order for lack of appellate jurisdiction.

We are prepared to access those documents in whatever way is most convenient for the Court, including sending a clerk to the courthouse to pick up copies, in which case we would provide copies to the defendant.

Respectfully yours,

*Celia Goldwag Barenholtz*

Celia Goldwag Barenholtz

cc:   Edward T. Kang, Esq.