UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

August 20, 2018

Ms. Celia Goldwag Barenholtz, Esq.
Cooley LLP
1114 Avenue of the Americas, 44th Floor
New York, NY 10036-7798

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/20/18
```

### Re:  Retrophin, Inc. v. Shkreli
### 15 Civ. 6451 (NRB)

Dear Counsel:

We have received your letter dated August 14, 2018, see Dkt. No. 35, regarding the identification of documents in ECF entries 31, 33, and 34 that were placed in the sealed records vault at plaintiff's request. Here is the information you requested:

ECF Entry 31
- Letter addressed to the Hon. Naomi Reice Buchwald from Celia Goldwag Barenholtz, plaintiff's counsel, dated July 2, 2018, with exhibits

ECF Entry 33
- Letter addressed to the Hon. Naomi Reice Buchwald from Celia Goldwag Barenholtz, plaintiff's counsel, dated August 28, 2015
- Letter addressed to the Hon. Naomi Reice Buchwald from Celia Goldwag Barenholtz, plaintiff's counsel, dated November 1, 2016
- Letter addressed to the Hon. Naomi Reice Buchwald from Celia Goldwag Barenholtz, plaintiff's counsel, dated February 1, 2017
- Letter addressed to the Hon. Naomi Reice Buchwald from Celia Goldwag Barenholtz, plaintiff's counsel, dated May 1, 2017
- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated August 8, 2017
- Letter addressed to the Hon. Naomi Reice Buchwald from William H. Stassen, defendant's counsel, dated September 15, 2017

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated October 16, 2017
- Letters addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated January 8, 2018
- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated February 14, 2018
- Letter addressed to the Hon. Naomi Reice Buchwald from William H. Stassen, defendant's counsel, dated April 9, 2018
- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated April 9, 2018
- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated April 13, 2018
- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated June 8, 2018

ECF Entry 34

- Letter addressed to the Hon. Naomi Reice Buchwald from Ian R. Shapiro, plaintiff's counsel, dated August 7, 2018

In summary, all of the documents filed under seal were letters from counsel for one of the parties.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

cc:    Edward T. Kang
       (by ECF)