UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
Retrophin, Inc.,

                Plaintiff,

     v.

Martin Shkreli,

                Defendant.
---------------------------------------- X

Case No. 15-CV-06451 (NRB)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Retrophin, Inc., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Martin Shkreli. Defendant has not served an answer or a motion for a summary judgment.

Dated: New York, New York
       October 5, 2018

Respectfully submitted,

COOLEY LLP

By:    */s/Celia Goldwag Barenholtz*
       Celia Goldwag Barenholtz
       Ian Shapiro

1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 479-6000
Email: cbarenholtz@cooley.com
       ishapiro@cooley.com

Attorneys for Plaintiff Retrophin, Inc.